IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KORI STAUB, MORGAN JONES, | § | |
| KATIE CARLTON, TERESA AUTERY & | § | |
| JESSICA AYTES, ON BEHALF OF | § | |
| THEMSELVES AND ALL OTHERS | § | |
| SIMILARLY SITUATED | § | |
| Plaintiffs, | § | |
| | § | Civil Action No: 2:20-cv-00100 |
| VS. | § | |
| | § | COLLECTIVE ACTION UNDER |
| HERB & DEE'S BREAK ROOM | § | 42 U.S.C. § 216(b) |
| SOCIAL CLUB, INC., HERBERT | § | |
| MARVIN WILBURN, JR., & | § | |
| DEIDRE BOCKMON | § | |
| Defendant. | § | JURY DEMANDED |

**AFFIDAVIT OF ERIC KOLDER**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF SMITH | § |

Before me, the undersigned notary public, on this day personally appeared ERIC KOLDER, known to me, who after being duly sworn, on his oath stated as follows:

1. "My name is Eric Kolder. I am at least 21 years of age, of sound mind, capable of making this affidavit and fully competent to testify to the matters stated in the affidavit, and that the matters stated in this affidavit are true and correct and within my personal knowledge.

2. On June 18, 2020, Defendants were personally served with summons and Plaintiffs' Second Amended Complaint. Defendants have failed to Answer or otherwise respond.

3. I am an attorney duly licensed by the State Bar of Texas and have been since 2012. I have practiced in the area of labor and employment law since 2013.

4. I practice in the area of employment law, which includes the Fair Labor Standards Act ("FLSA"). My practice requires substantial legal training, expertise, and yearly continuing education requirements.

5. As a shareholder with Ramey & Flock, PC, I represent parties in FLSA cases on a regular basis. My hourly rate for this case is $350 per hour, which is in accordance with that customarily charged by attorneys with my skill and experience in cases of this nature in this geographical region. My associate, Archer Ramey, who performed substantial work on this case has an hourly rate of $300 per hour.

6. I have been employed by Plaintiffs to bring this suit on their behalf. The services rendered were necessary and reasonable. I have done or caused to be done the following legal services: reviewed documents, consulted Plaintiffs, drafted pleadings, drafted motions and supporting affidavits, researched legal issues, drafted default judgment, and various other tasks related to the prosecution of this action.

7. "Based on my knowledge and experience with similar cases and applying the facts and factors set forth above, it is my opinion that the sum of $10,915.00 is a reasonable attorney's fee for prosecuting this case and judgment in the trial court, if default judgment is rendered in favor of Plaintiff as to both liability and damages on its entire claim.

8. "Furthermore, Plaintiff has incurred costs of $1,385.80.

9. "It is my opinion that attorney's fees in the amount of $1,000 would be a reasonable fee for services required to perform post-judgment discovery and to satisfy the judgment by writ of execution and other procedures.

10. Therefore, total attorney's fees and costs are $13,300.80.

11. Attached to this affidavit as "**Exhibit 7-A**" are true and correct copies of the invoices from Ramey & Flock, P.C. reflecting the services rendered in connection with this matter. The hours reflected in Exhibit 7-A were actually expended on the topics stated and the hours expended and rates claimed are reasonable.

12. It is my opinion that in the event this case is appealed to the court of appeals, attorney's fees in the amount of $10,000 would be a reasonable fee for services performed in this cause on appeal to the court of appeals."

Further Affiant sayeth not.

EXECUTED on July 10, 2020.

ERIC KOLDER

SUBSCRIBED AND SWORN TO BEFORE ME on July 10, 2020, by ERIC KOLDER.

NOTARY PUBLIC STATE OF TEXAS
CHRISTINA CRUCE
My Notary ID # 126675810
Expires March 17, 2023

Notary Public, State of Texas

RAMEY FLOCK

A PROFESSIONAL CORPORATION

Attorneys and Counselors at Law

100 East Ferguson St.
Suite 404
Tyler, TX 75702
Tax ID#: 75-1829951

July 10, 2020

Kori Staub
305 Bogie Street
Longview, TX 75604

| | |
|---|---|
| Invoice No.: | 96139 EJK |
| Billed through | July 10, 2020 |
| Account No.: | 007927 00001 |

FLSA Claims against Herb & Dee's

| For Professional Services Rendered: | | | Hours |
|---|---|---|---|
| 03/05/20 | EJK | Telephone conference with Kori Staub regarding possible claims against Herb and Dees. | 0.30 |
| 03/05/20 | EJK | Analysis of possible lawsuit against Herb and Dees. | 0.30 |
| 03/10/20 | EJK | Review of FLSA rules regarding tipped employees. (Kori Staub) | 0.40 |
| 03/10/20 | EJK | Meeting with clients regarding claims against Herb and Dees. | 0.70 |
| 03/10/20 | AR | Initial client meeting regarding plan of action and filing suit. | 0.60 |
| 03/12/20 | EJK | Telephone conference with Katie Carlton regarding Herb and Dee. | 0.20 |
| 03/12/20 | EJK | Work on Original Complaint. | 0.20 |
| 03/15/20 | AR | Began drafting Original Complaint. | 2.00 |
| 03/16/20 | EJK | Work on Original Complaint. | 0.20 |
| 03/16/20 | EJK | Work on Original Complaint and correspondence with clients regarding same. | 0.30 |
| 03/16/20 | AR | Continued work on the Original Complaint. | 0.80 |
| 03/30/20 | AR | Corresponded with clients regarding filing of Complaint. | 0.20 |
| 03/30/20 | AR | Telephone conference with Katie Carlton regarding engagement letter issues. | 0.20 |
| 03/30/20 | AR | Corresponded with Katie Carlton regarding signing engagement letter. | 0.10 |
| 04/03/20 | EJK | Correspondence with client regarding draft complaint. | 0.20 |
| 04/03/20 | AR | Telephone conference with clients regarding status on filing suit. | 0.10 |
| 04/06/20 | EJK | Work on Complaint and correspondence with clients regarding same. | 0.40 |
| 04/07/20 | EJK | Telephone conference with client regarding case status and strategy and next steps. | 0.20 |
| 04/08/20 | EJK | Finalized and filed Original Complaint and Summons. | 1.70 |

EXHIBIT 7-A

| | | | |
|---|---|---|---|
| 04/08/20 | AR | Prepared notice of appearance. | 0.20 |
| 04/13/20 | EJK | Receipt and filed Return of Service and related notes from process server. | 0.20 |
| 04/16/20 | EJK | Telephone conference with potential class member Jessca Aytes. | 0.30 |
| 04/27/20 | EJK | Developed strategy regarding [redacted] | 0.50 |
| 04/27/20 | EJK | Review [redacted] r to Katie Carlton and correspondence with her regarding same. | 0.20 |
| 04/27/20 | EJK | Correspondence with clients regarding [redacted] t. | 0.20 |
| 05/04/20 | EJK | Review of docket report, work on Entry of Default, and Consent to Magistrate. | 0.30 |
| 05/04/20 | EJK | Work on Request for Entry of Default and supporting affidavits. | 0.60 |
| 05/04/20 | AR | Drafted Request for Entry of Default and Entry of Default. | 0.50 |
| 05/05/20 | EJK | Work on First Amended Complaint. | 0.30 |
| 05/05/20 | AR | Began drafting Amended Complaint. | 0.80 |
| 05/06/20 | EJK | Drafted Amended Complaint. | 0.50 |
| 05/06/20 | EJK | Prepared Summonses for Wilburn and Bockmon. | 0.30 |
| 05/11/20 | EJK | Filed Returns of Summons regarding Herb and Deidre and correspondence with clients regarding status and next steps. | 0.70 |
| 05/11/20 | EJK | Developed strategy regarding procedural options if individual defendants fail to answer suit. | 0.20 |
| 05/26/20 | EJK | Telephone conference with potential party Teresa Autrey. | 0.50 |
| 05/29/20 | EJK | Work on default against Wilburn and Bockmon. | 0.20 |
| 05/29/20 | AR | Began drafting Entry of Default and Request to Clerk for Entry of Default for Herb Wilburn and Deidre Bockmon. | 0.70 |
| 05/30/20 | AR | Prepared Entry of Default and Request to Clerk for Entry of Default for filing and filed the same. | 0.30 |
| 06/01/20 | EJK | Work on Entry of Default and 2nd Amended Complaint. | 0.50 |
| 06/01/20 | EJK | Correspondence with clients regarding latest default and next steps. | 0.20 |
| 06/01/20 | EJK | Review of rules regarding Default Judgments and supporting evidence. | 0.20 |
| 06/01/20 | EJK | Developed strategy regarding next steps and additional plaintiffs. | 1.00 |
| 06/01/20 | EJK | Drafted correspondences to [redacted] | 0.30 |
| 06/01/20 | EJK | Telephone conference with Katie Carlton regarding status and next steps. | 0.20 |
| 06/01/20 | AR | Began drafting Second Amended Complaint. | 0.60 |
| 06/03/20 | EJK | Telephone conference with client regarding 2nd Amended Complaint. | 0.10 |
| 06/04/20 | EJK | Telephone conferences with clients regarding case status and proving damages. | 0.50 |
| 06/05/20 | EJK | Correspondence to [redacted] s. | 0.20 |
| 06/16/20 | EJK | Finalized 2nd Amended Complaint and prepared new Summonses. | 0.80 |

EXHIBIT 7-A

| | | | |
|---|---|---|---|
| 06/17/20 | EJK | Correspondence to [redacted]. | 0.20 |
| 06/19/20 | EJK | Meeting with process server regarding service of Summons on Defendants. | 0.30 |
| 06/19/20 | EJK | Receipt and review of returned Summons. | 0.20 |
| 06/25/20 | EJK | Continued developed strategy regarding damage proof. | 0.30 |
| 07/06/20 | EJK | Telephone conference and correspondence with [redacted] status of request for documents. | 0.50 |
| 07/07/20 | EJK | Telephone conference and correspondence with [redacted] status of document request. | 0.40 |
| 07/08/20 | EJK | Work on Damage calculations. | 1.70 |
| 07/08/20 | EJK | Telephone conference [redacted] file. | 0.50 |
| 07/09/20 | EJK | Work on Motion for Default Judgment, supporting Affidavits, and proposed Final Judgment. | 3.70 |
| 07/09/20 | EJK | Work on Request for Default and supporting Affidavits. | 0.40 |
| 07/09/20 | EJK | Review of executed Summonses and filed same with Court. | 0.20 |
| 07/09/20 | EJK | Continued researching issues regarding damages and tip credit application. | 0.60 |
| 07/10/20 | EJK | Continued work on Motion for Default Judgment, supporting Affidavits, and proposed Judgment. | 1.80 |
| 07/10/20 | EJK | Finalized and filed Request for Default from Clerk and accompanying affidavits. | 0.20 |

Hrs 32.20 $10,915.00

**Expenses:** **Amount**

| | | |
|---|---|---|
| 04/09/20 | USDC; Filing fee; EJK Amex | 400.00 |
| 04/21/20 | Collins Investigations; Invoice # 7927-1; Service fees; Invoice No. 20328; Service of citation on Herb & Dee's Break Social Club | 318.00 |
| 05/12/20 | Collins Investigations; Invoice No. 20399; Service of summons & complaint on Deidre Bockmon; Service of Herbert Wilburn | 227.00 |
| 06/19/20 | Collins Investigations; Service of citation on Herbert Wilburn, Jr. and Deidre Bockmon | 440.80 |
| | | $1,385.80 |

**Billing Summary:**

| | | |
|---|---|---|
| Kolder, Eric J. | 25.10 Hrs | $350.00 /Hr |
| Ramey, Archer | 7.10 Hrs | $300.00 /Hr |

| | | |
|---|---|---|
| Total Fees | 32.20 Hrs | $10,915.00 |
| Total Expenses | | $1,385.80 |
| **Total Current Charges** | | **$12,300.80** |
| **Total Now Due** | | **$12,300.80** |

EXHIBIT 7-A

Collins Inv. LLC d/b/a
**COLLINS INVESTIGATIONS**
903-526-1411
110 N College, Suite 1002
Tyler, Texas 75702

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/9/2020 | 20328 |

| BILL TO |
|---|
| Mr. Eric Kolder<br>Ramey & Flock<br>100 E Ferguson, Suite 500<br>Tyler, TX 75702 |

| TERMS | CASE NAME |
|---|---|
| Net 15 | Staub vHerb & Dee |

| DATE(S) | DESCRIPTION | HRS/QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 4/9/2020 | Travel to Longview; Attempt service at club; Search and obtain residential address; attempt service at residence; Obtain information from family member- asked to wait around; Attempt service again at residence and ; return to club; Service of Summons on Herb & Dee's Break Room Social Club, by delivering to Herbert Wilburn, its registered agent. (MAC) | 3 | 85.00 | 255.00 |
| 4/9/2020 | Mileage | 105 | 0.60 | 63.00 |

Thank you for your business.

| | |
|---|---|
| **Sales Tax (8.25%)** | $0.00 |
| **Total** | $318.00 |

This Company is licensed and regulated by the TX DPS, Private Security Board, Complaints regarding services rendered should be directed to : Texas Private Security Board, P.O. Box 4087, Austin, Texas 78773, 512-424-2000. Lic# A08864

EXHIBIT 7-A

Collins Inv. LLC d/b/a
**COLLINS INVESTIGATIONS**
110 N College, Suite 1002
Tyler, Texas 75702
Tax ID # 75-2920471
903-526-1411

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/8/2020 | 20399 |

| BILL TO |
|---|
| Mr. Eric Kolder<br>Ramey & Flock<br>100 E Ferguson, Suite 500<br>Tyler, TX 75702 |

| TERMS | CASE NAME |
|---|---|
| Net 15 | Staub v Herb & Dee |

| DATE(S) | DESCRIPTION | HRS/QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 5/7/2020 | Service of Summons & Complaint on Deidre Bockmon; Service of Herbert Wilburn, by delivering to Deidre Bockmon at residence. | 2 | 85.00 | 170.00 |
| 5/7/2020 | Mileage | 95 | 0.60 | 57.00 |

Thank you for your business.

| | |
|---|---|
| **Sales Tax (8.25%)** | $0.00 |
| **Total** | $227.00 |

This Company is licensed and regulated by the TX DPS, Private Security Board, Complaints regarding services rendered should be directed to : Texas Private Security Board, P.O. Box 4087, Austin, Texas 78773, 512-424-2000. Lic# A08864

EXHIBIT 7-A

Collins Inv. LLC d/b/a
**COLLINS INVESTIGATIONS**
110 N College, Suite 1002
Tyler, Texas 75702
Tax ID # 75-2920471
903-526-1411

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/19/2020 | 20505 |

| BILL TO |
|---|
| Mr. Eric Kolder<br>Ramey & Flock<br>100 E Ferguson, Suite 500<br>Tyler, TX 75702 |

| TERMS | CASE NAME |
|---|---|
| Net 15 | Staub vHerb & Dee |

| DATE(S) | DESCRIPTION | HRS/QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 6/18/2020 | Travel to Longview; Attempt service at residence- current resident reported they were working at the club until 7 am- so they were asleep. (MAC) | 2 | 85.00 | 170.00 |
| 6/18/2020 | Return to Longview in afternoon; Service of citation on Herbert Marvin Wilburn, Jr.; Herb & Dee's Break Room Social Club and Deidre Bockmon. | 2 | 85.00 | 170.00 |
| 6/18/2020 | Mileage (two trips) | 168 | 0.60 | 100.80 |

Thank you for your business.

| | |
|---|---|
| **Sales Tax (8.25%)** | $0.00 |
| **Total** | $440.80 |

This Company is licensed and regulated by the TX DPS, Private Security Board, Complaints regarding services rendered should be directed to : Texas Private Security Board, P.O. Box 4087, Austin, Texas 78773, 512-424-2000. Lic# A08864

EXHIBIT 7-A