IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KORI STAUB, MORGAN JONES, | § | |
| KATIE CARLTON, TERESA AUTERY & | § | |
| JESSICA AYTES, ON BEHALF OF | § | |
| THEMSELVES AND ALL OTHERS | § | |
| SIMILARLY SITUATED | § | |
|     Plaintiffs, | § | |
| | § | Civil Action No: 2:20-cv-00100-JRG-RSP |
| VS. | § | |
| | § | COLLECTIVE ACTION UNDER |
| HERB & DEE'S BREAK ROOM | § | 42 U.S.C. § 216(b) |
| SOCIAL CLUB, INC., HERBERT | § | |
| MARVIN WILBURN, JR., & | § | |
| DEIDRE BOCKMON | § | |
|     Defendant. | § | JURY DEMANDED |

## FINAL JUDGMENT BY DEFAULT

The Court hereby enters Final Judgment.  Plaintiffs filed their Second Amended Complaint on June 16, 2020. (Doc. 14).  Since that time, Defendants have not noticed an appearance or made any responsive pleading in this case, and the Clerk has entered default.  (Doc. 20).

Defendants Herb & Dee's Break Room Social Club, Inc., Herbert Marvin Wilburn, Jr. and Deidre Bockmon (collectively referred to as the "Defendants") is **ADJUDGED** to have violated the Fair Labor Standards Act ("FLSA"), 29 USC §§ 206(a), 207(a), as alleged.

It is hereby **ORDERED** that Plaintiff Kori Staub shall recover from Defendants:

    1.  The sum of $42,272.80 in unpaid wages pursuant to 29 USC § 216(b);

    2.  The sum of $42,272.80 in liquidated damages pursuant to 29 USC § 216(b);

It is hereby **ORDERED** that Plaintiff Morgan Jones shall recover from Defendants:

    1.  The sum of $21,535.20 in unpaid wages pursuant to 29 USC § 216(b);

    2.  The sum of $21,535.20 in liquidated damages pursuant to 29 USC § 216(b);

It is hereby **ORDERED** that Plaintiff Katie Carlton shall recover from Defendants:

1. The sum of $27,552.00 in unpaid wages pursuant to 29 USC § 216(b);

2. The sum of $27,552.00 in liquidated damages pursuant to 29 USC § 216(b);

It is hereby **ORDERED** that Plaintiff Teresa Autery shall recover from Defendants:

1. The sum of $57,553.92 in unpaid wages pursuant to 29 USC § 216(b);

2. The sum of $57,553.92 in liquidated damages pursuant to 29 USC § 216(b);

It is hereby **ORDERED** that Plaintiff Jessica Aytes shall recover from Defendants:

1. The sum of $37,747.13 in unpaid wages pursuant to 29 USC § 216(b);

2. The sum of $37,747.13 in liquidated damages pursuant to 29 USC § 216(b);

It is hereby **ORDERED** that Plaintiffs Kori Staub, Morgan Jones, Katie Carlton, Teresa Autery, and Jessica Aytes shall recover from Defendants:

1. The sum of $11,915.00 in reasonable attorney's fees pursuant to 29 USC § 216(b);

2. The sum of $1,385.80 in costs pursuant to 29 USC § 216(b), 28 USC § 1920.

It is further **ORDERED** that in the event Defendants unsuccessfully appeal this case to the court of appeals, Plaintiffs have and recover from Defendants attorney's fees in the amount of $10,000.

It is further **ORDERED** that Plaintiffs have and recover from Defendants all amounts herein with post judgment interest thereon at the rate of five percent (5%) per annum from the date of this judgment until paid.

It is further **ORDERED** that the Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as necessary or appropriate to implement and/or enforce the provisions of this Final Judgment.

The Clerk of Court is directed to **CLOSE** this case.

So ORDERED and SIGNED this 27th day of August, 2020.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE