# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| KORI STAUB, MORGAN JONES, KATIE CARLTON, TERESA AUTERY, and JESSICA AYTES, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 2:20-cv-00100-JRG-RSP |
| HERB & DEE'S BREAK ROOM SOCIAL CLUB, INC., HERBERT M. WILBURN, and DEIDRE BOCKMON, | § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Receivers James W. Bolberding's and Seth Kretzer's ("Receivers") Motion to Distribute Funds. (Dkt. No. 28). The Receivers' Motion seeks to distribute $6,915.90 obtained from a Southside Bank account of one of the judgment debtors, Deidre Bockmon.

Having considered the Receivers' Motion, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that the Receivers shall distribute $6,915.90 obtained, and deliver $5,186.93 (75%) to Ramey & Flock, P.C., attorney for the Plaintiffs / Judgment Creditors, to be distributed to their clients according to their representation agreement, and $1,728.97 (25%) to the Receivers for their fee.

**So ORDERED and SIGNED this 9th day of March, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE